UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 01, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JASKARANJEET SINGH,

      Defendant.

Case No.  2:26-mj-00089-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JASKARANJEET SINGH,

Case No.  2:26-mj-00089-JDP, Charge 8 U.S.C. § 1325(a)(1) – Improper Entry by

Illegal Alien, from custody for the following reasons:

  X  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 01, 2026 at 2:35 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson